J-A18005-21

**NON-PRECEDENTIAL DECISION - SEE SUPERIOR COURT I.O.P. 65.37**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA | : | IN THE SUPERIOR COURT OF |
| | : | PENNSYLVANIA |
| | : | |
| v. | : | |
| | : | |
| | : | |
| ERIK SCHARRITTER | : | |
| | : | |
| Appellant | : | No. 1251 WDA 2020 |

Appeal from the Judgment of Sentence Entered November 12, 2020
In the Court of Common Pleas of Westmoreland County Criminal Division
at No(s): CP-65-MD-0000691-2020

BEFORE: OLSON, J., NICHOLS, J., and MUSMANNO, J.

DISSENTING STATEMENT BY MUSMANNO, J.: **FILED: OCTOBER 6, 2021**

I note my dissent from the Majority's determination that Erik Scharritter ("Scharritter") intentionally violated the trial court's Protection From Abuse ("PFA") Order.

The PFA Act[1] permits a court to hold an individual subject to a protection order in contempt of such order and to punish the defendant in accordance with the law. 23 Pa.C.S.A. § 6114(a). This Court has described the elements required for a finding of indirect criminal contempt ("ICC") as follows:

> Where a PFA order is involved, an [ICC] charge is designed to seek punishment for violation of the protective order.... To establish [ICC], the Commonwealth must prove: 1) the order was sufficiently definite, clear, and specific to the contemnor as to leave no doubt of the conduct prohibited; 2) the contemnor had notice of the order; 3) the act constituting the violation must have

---

[1] **See** 23 Pa.C.S.A. §§ 6101-6122.

been volitional; and 4) **the contemnor must have acted with wrongful intent.**

***Commonwealth v. Brumbaugh***, 932 A.2d 108, 110 (Pa. Super. 2007) (some capitalization altered, emphasis added).

The uncontradicted evidence established that Scharritter had contacted his counsel for advice as to whether performing a scheduled landscaping service at a neighbor's property would violate the terms of the trial court's PFA Order. This evidence, in fact, demonstrated Scharritter's intent *not* to violate the trial court's Order. Thus, I would reverse the judgment of sentence.